# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0438
_____

VICTORIA ZYRANOV, et al.,

Appellants,

v.

ALFRED CROCE, et al.,

Appellees.

_____


On appeal from the Circuit Court for Broward County.
Michele T. Singer, Judge.


June 11, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Victoria Zyranov, pro se, Appellant.

David A. Levine of Levine Legal, P.A., Cooper City, for Appellee Alfred Croce.